RECEIVED
IN LAKE CHARLES, LA
JUL - 6 2005
Pam
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HELLER FIRST CAPITAL CORP.** | : | **DOCKET NO. 2:05 CV 0332** |
| VS. | : | JUDGE MINALDI |
| WILLIAM G. WEST, TRUSTEE FOR THE ESTATE OF SONNY & LISHA, INC., A TEXAS CORPORATION D/B/A BEST WESTERN DERIDDER INN AND SONNY V. THOTTUMKAL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment [doc. 7] filed by Heller First Capital Corp. IS GRANTED.

IT IS ORDERED, ADJUDGED and DECREED that Heller's Mortgage on the property located at 1213 North Pine Street, DeRidder, Louisiana, and the Assignment of Rents IS VALID AND ENFORCEABLE.

IT IS ORDERED, ADJUDGED and DECREED that JUDGMENT IS HEREIN RENDERED against the Chapter 7 Trustee for the Bankruptcy estate of Sonny & Lisha, Inc., in the principal amount of ONE MILLION NINE HUNDRED SEVENTY ONE THOUSAND SIX HUNDRED TWENTY ONE AND 02/100, plus $8,102.55 in accrued interest through January 5, 2005, late fees and penalties totaling $45,842.00, plus reasonable attorney's fees in an amount to be

determined by the court, plus interest thereafter at a rate provided for in the Note.

Lake Charles, Louisiana, this ___6___ day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE